UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **LEON ANDRE SMITH,** : | |
|     **Plaintiff** : | |
| : | |
| v. : | File No. 1:06-CV-247 |
| : | |
| **SUE BLAIR, KORY STONE,** : | |
| **JAMES HONSINGER,** : | |
| **BENNIE WOODS,** : | |
|     **Defendants** : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed July 16, 2007 (Paper 17). After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1). Plaintiff's motion for summary judgment (Paper 8) is DENIED without prejudice to refile at a later stage in the case.

This matter is returned to Magistrate Judge Niedermeier for further proceedings.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 6th day of August, 2007.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge